IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT WILLISON, | 4:21-CV-04083-LLP |
| Plaintiff, | |
| vs. | **STIPULATION FOR JUDGMENT OF DISMISSAL** |
| SMITHFIELD PACKAGED MEATS CORP., a Delaware Corporation, f/k/a John Morrell & Co., a Delaware Corporation, individually and by and through its agents, servants, and employees, SMITHFIELD FOODS, INC.; and SMITHFIELD FOODS, INC., a Delaware Corporation, individually and by and through its agents, servants, and/or employees and unknown security officer(s) and ANY AND ALL UNKNOWN OWNERS and NON-RECORD CLAIMANTS, | |
| Defendants. | |

The parties, by and through their undersigned attorneys, stipulate and agree that this matter may be dismissed upon the merits and with prejudice, with no costs to be awarded.

Dated this 4th day of November, 2023.
           December

_____
Ryan Kolbeck
505 W. 9th Street, Suite 203
Sioux Falls, SD 57104
(605) 306-4384
ryan@kolbecklaw.com

James Karamanis
Barney & Karamanis, LLP
180 N. Stetson, Suite 3050
Chicago, Il 60601
(312) 553-5300
james@bkchicagolaw.com

1

Dated this 6th day of November, 2023.
        December

_____
Michael F. Tobin
BOYCE LAW FIRM, L.L.P.
300 S. Main Avenue
P.O. Box 5015
Sioux Falls SD 57101-5015
(605) 336-2424
mftobin@boycelaw.com