UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ROBERT WILLISON, | \* | CIV 21-4083 |
| Plaintiff, | \* | |
| vs. | \* | JUDGMENT OF DISMISSAL |
| SMITHFIELD FOODS, INC.; SMITHFIELD PACKAGED MEATS CORP., a Delaware corporation, f/k/a John Morrell & Co., and any and all Unknown Owners and Non-Record Claimants, | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation Judgment of Dismissal, Doc. 42, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-captioned matter as between Plaintiff and Defendants will be dismissed on the merits and with prejudice, with each party to pay their own costs and attorney fees.

Dated this 6th day of December, 2023.

BY THE COURT:

*/s/ Lawrence L. Piersol*
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW THELEN, CLERK

*/s/ Matthew Thelen*